United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA GUTIERREZ, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>VICTOR HASSAN dba HASSAN COMPLETE JANITORIAL SERVICE, et al.,<br><br>           Defendants. | Case No. 5:14-cv-03521-PSG<br><br>**EARLY NEUTRAL EVALUATION REFERRAL ORDER**<br><br>**(Re: Docket No. 18)** |

On February 17, 2015, the court referred this case to Early Neutral Evaluation.[1] The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a neutral by December 31, 2015.

**SO ORDERED.**

Dated:  November 4, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 18.

1

Case No. 5:14-cv-03521-PSG
EARLY NEUTRAL EVALUATION REFERRAL ORDER