UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA GUTIERREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VICTOR HASSAN, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03521-PSG<br><br>**ORDER TO SHOW CAUSE** |

On January 7, 2016, the Early Neutral Evaluator submitted a notice of settlement.[1] To date, no dismissal has been filed. Plaintiffs shall show cause in writing within 21 days why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiffs shall file the dismissal so that the court may close this case.

**SO ORDERED.**

Dated: January 13, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 21.